Form RSC13

# United States Bankruptcy Court

## WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES
**Case No. 25−20009−GLT**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
   Amie R. Gillingham
   424 N. Pennsylvania Avenue
   Greensburg, PA 15601

Social Security No.:
   xxx−xx−8615

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Justin P. Schantz<br>Law Care<br>324 S. Maple Avenue, 2nd Floor<br>Greensburg, PA 15601<br>Telephone number: 724−837−2320 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>Telephone number: 412−471−5566 |
| DATE/TIME/LOCATION OF MEETING OF CREDITORS<br>June 23, 2025<br>10:00 AM<br>Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 984 369 3045, and Passcode 6747057013, call 1−412−532−8861 | CONFIRMATION HEARING DATE/TIME/LOC<br>June 23, 2025<br>10:00 AM<br><br>Same location as<br>Meeting of Creditors |

**ON AFFIDAVIT OF DEFAULT BY TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 4/29/25

BY THE COURT

Gregory L Taddonio
Chief Bankruptcy Jud

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-20009-GLT |
| Amie R. Gillingham | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Apr 29, 2025 | Form ID: rsc13 | Total Noticed: 25 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Amie R. Gillingham, 424 N. Pennsylvania Avenue, Greensburg, PA 15601-1881 |
| 16480364 | + | GS Bank USA, Mellon Bank Center, 1735 Market Street, 26th floor, Philadelphia, PA 19103-7501 |
| 16480366 | + | MDJ 10-2-10, 40 N. Pennsylvania Avenue, Greensburg, PA 15601-2341 |
| 16480368 | + | Office of the Attorney General, Ben Franklin Station, PO Box 227, Washington, DC 20044-0227 |
| 16480377 | + | William s. Gillingham, 411 Archibald Road, Blairsville, PA 15717-5219 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 30 2025 01:39:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| 16480362 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 30 2025 01:54:23 | Capital One, P.O. Box 31293, Salt Lake City, UT 84131-0293 |
| 16491500 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 30 2025 02:04:52 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 16480363 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 30 2025 01:42:12 | Credit One Bank, P.O. Box 98875, Las Vegas, NV 89193-8875 |
| 16480365 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 30 2025 01:39:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 16509224 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 30 2025 01:41:49 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 16480367 | | Email/Text: ml-ebn@missionlane.com | Apr 30 2025 01:39:00 | Mission Lane Tab Bank, PO Box 105286, Atlanta, GA 30348 |
| 16480370 | + | Email/Text: BKEBN-Notifications@ocwen.com | Apr 30 2025 01:39:00 | PHH MORTGAGE CORPORATION, 1661 WORTHINGTON ROAD SUITE 100,, West Palm Beach, FL 33409-6493 |
| 16511087 | + | Email/Text: BKEBN-Notifications@ocwen.com | Apr 30 2025 01:39:00 | PHH Mortgage Corporation, Attn: Bankruptcy Department, P.O. Box 24605, West Palm Beach, FL 33416-4605 |
| 16480369 | | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 30 2025 02:04:59 | PayPal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 16485214 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 30 2025 01:39:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 16503320 | | Email/Text: bnc-quantum@quantum3group.com | Apr 30 2025 01:39:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 16486066 | + | Email/Text: enotifications@santanderconsumerusa.com | | |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 29, 2025 | Form ID: rsc13 | Total Noticed: 25 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Apr 30 2025 01:40:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 16480372 | | Email/Text: wpainfo@sba.gov | Apr 30 2025 01:39:00 | Small Business Administration, 3 Parkway Center Dr S, Suite 375, Pittsburgh, PA 15220 |
| 16480371 | + | Email/Text: enotifications@santanderconsumerusa.com | Apr 30 2025 01:40:00 | Santander Consumer USA, Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 16480373 | ^ | MEBN | Apr 30 2025 01:32:57 | Stern & Eisenberg P.C., 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 16480374 | ^ | MEBN | Apr 30 2025 01:33:20 | U.S. Bank, N.A. as Trustee, 425 Walnut Street, Cincinnati, OH 45202-3956 |
| 16480376 | | Email/Text: bknotice@upgrade.com | Apr 30 2025 01:39:00 | Upgrade Inc., 2 N. Central Ave., Fl. 10, Phoenix, AZ 85004 |
| 16508404 | | Email/Text: bknotice@upgrade.com | Apr 30 2025 01:39:00 | Upgrade, Inc., 2 N Central Ave Floor #10, Phoenix, AZ 85004 |
| 16480375 | + | Email/Text: jill.locnikar@usdoj.gov | Apr 30 2025 01:39:00 | United States Attorney's Office, 700 Grant Street, Suite 4000, Pittsburgh, PA 15219-1955 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. Bank Trust Company, National Association, As |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2025        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Justin P. Schantz | on behalf of Debtor Amie R. Gillingham jschantz@my-lawyers.us colecchia542@comcast.net;sshipley@my-lawyers.us;skerr@my-lawyers.us;rjuliano@my-lawyers.us;tkonop@my-lawyers.us;lawcareecf@gmail.com;schantz.justinp.r133647@notify.bestcase.com |
| Mario J. Hanyon | on behalf of Creditor U.S. Bank Trust Company National Association, As Trustee, As Successor-In-Interest To U.S. Bank National Association, As Trustee MASTR Alternative Loan Trust 2004-13 Mortgage Pass-Through Certificate wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Matthew Fissel | on behalf of Creditor U.S. Bank Trust Company National Association, As Trustee, As Successor-In-Interest To U.S. Bank National Association, As Trustee MASTR Alternative Loan Trust 2004-13 Mortgage Pass-Through Certificate |

District/off: 0315-2 | User: auto | Page 3 of 3
Date Rcvd: Apr 29, 2025 | Form ID: rsc13 | Total Noticed: 25

    matthew.fissel@brockandscott.com, wbecf@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 5